UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **MICHAEL ANTHONY WILLIAMS**<br>    **LA. DOC #591376** | **CIVIL ACTION NO. 15-1232** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WARDEN, BOSSIER PARISH**<br>**CORRECTIONS CENTER** | **MAGISTRATE JUDGE KAREN L. HAYES** |

CERTIFICATE OF APPEALABILITY

Under 28 U.S.C. § 2253, Petitioner obtain a certificate of appealability ("COA") before he can appeal the Court's dismissal of his Petition for Writ of *Habeas Corpus*. A COA will not be issued unless the petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Under this standard, Petitioner must show "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *Slack v. McDaniel*, 529 U.S. 473, 475 (2000) (internal quotations and citations omitted). If the Court's denial of relief is based on procedural grounds, the petitioner must not only show that "'jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right,' but also that they 'would find it debatable whether the district court was correct in its procedural ruling.'" *Beazley v. Johnson*, 242 F.3d 248, 263 (5th Cir. 2001) (quoting *Slack*, 529 U.S. at 484). Even if Petitioner could meet the requirement for the procedural ruling, the Court finds that he could not meet his constitutional showing. Therefore,

**IT IS ORDERED** that Petitioner's request for a COA is DENIED.

**MONROE, LOUISIANA,** this 26th day of August, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE